## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **MARY VERSETTO,** <br><br> Plaintiff, <br><br> v. <br><br> **AKAL SECURITY, INC.,** <br><br> Defendant. | No. 15-cv-06314 <br><br> Hon. Judge John J. Sharp |

## NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Akal Security, Inc. (hereinafter "Defendant") hereby submits its Notification of Affiliates Disclosure Statement, as follows:

1. Defendant Akal Security, Inc.'s parent corporation is KIIT Company, a Nevada Corporation, which owns one-hundred percent (100%) of Akal Security, Inc., a New Mexico corporation.

2. Defendant states that the following publicly held corporations own 10% or more of its stock: None.

Dated: September 28, 2015

Respectfully submitted,

*s/ Michael P. Wissa*
Michael P. Wissa

Adam C. Wit ARDC# 06230538
Michael P. Wissa ARDC# 6319582
LITTLER MENDELSON, P.C.
A Professional Corporation
321 North Clark Street
Suite 1000
Chicago, IL 60654

312.372.5520

## CERTIFICATE OF SERVICE

I, Michael P. Wissa, an attorney, certify that on this day, September 28, 2015, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, and to be served electronically upon the following registered users:

Meredith Walsh Buckley
Seth Robert Halpern
Malkinson & Halpern
208 S. LaSalle St.
Suite 1750
Chicago, IL 60604


*s/ Michael P. Wissa*
Michael P. Wissa


Firmwide:136107907.1 051010.1210