UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Mary Versetto
                        Plaintiff,

v.                                                    Case No.: 1:15–cv–06314
                                                          Honorable John J. Tharp Jr.

AKAL Security Inc, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 6, 2017:

      MINUTE entry before the Honorable John J. Tharp, Jr:Status hearing held. Parties report that they have reached a settlement. Parties' oral motion to dismiss the case without prejudice and with leave to reinstate for 90 days is granted. Absent reinstatement of the compliant by the plaintiff, or the filing of some further motion relating to the disposition of the case, on or before 9/4/17, the dismissal will convert to a dismissal with prejudice without further action of the Court. Case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.